IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00975-WDM-MJW

MCCLAVE STATE BANK, a Colorado corporation and Colorado state bank,

Plaintiff(s),

v.

LYNN HART, a New Mexico resident, and
TEXAS BEEF, LTD, d/b/a TEXAS BEEF CATTLE CO., a Texas limited partnership,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant Texas Beef LTD's Motion for Leave to Amend Notice of Removal, DN 12, filed with the Court on April 22, 2011, is GRANTED. The Defendant Texas Beef LTD's Amended Notice of Removal submitted as Exhibit A (DN 12-1) is accepted for filing as of the date of this order.

Date:  May 4, 2011